**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

| | |
|---|---|
| **EDUARDO POZO,** ) | |
| ) | |
| Plaintiff, ) | CASE NUMBER 8:15-CV-00929 |
| ) | |
| v. ) | |
| ) | |
| **STELLAR RECOVERY, INC.,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT STELLAR RECOVERY, INC.'S SUPPLEMENTAL
FEDERAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT
AND NOTIFICATION AS TO AFFILIATES**

NOW COMES the Defendant STELLAR RECOVERY, INC. by and through undersigned counsel and pursuant to Rule 7.1(a) and (b) of the Federal Rules of Civil Procedure, submits its Supplemental Corporate Disclosure Statement and states as follows:

1. Fed. R. Civ. P. 7.1(a) provides: "A non-governmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation."

2. Stellar Recovery, Inc. is a Florida corporation. Stellar Recovery, Inc. is wholly privately owned.

Dated this **3rd day of June, 2015.**

Respectfully submitted,

/s/ *Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III, Esq., LL.M

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on **June 3, 2015**, via the Clerk of Court's CM/ECF system which will provide electronic notice to the following attorney of record:  W. John Gadd, Esquire at wjg@mazgadd.com.

*/s/ Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III, Esquire, LL.M.
Florida Bar No.: 110108
kohlmyer@urbanthier.com
Urban, Thier & Federer, P.A.
200 S. Orange Avenue, Suite 2000
Orlando, FL  32801
Phone: (407) 245-8352
Fax: (407) 245-8361
Attorneys for Defendant

2