# Exhibit 2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EDUARDO POZO,

    Plaintiff,

v.

CASE NO: 8:15-cv-00929-SDM-AEP

STELLAR RECOVERY COLLECTION
AGENCY, INC.,

    Defendant.
_____/

## DECLARATION OF LAURENCE H. SIEGEL

I, LAURENCE H. SIEGEL, hereby declare under the penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. § 1746:

1. My name is Laurence H. Siegel. I am the Executive Vice President of Product Development for LiveVox, Inc. ("LiveVox"). I make this declaration based on my personal knowledge and my review of business records maintained by LiveVox. I am over the age of eighteen (18) years, am of sound mind, have personal knowledge of the facts and matters set forth herein unless noted as based on information and belief and such are true and correct to the best of my knowledge.

2. As the Executive Vice President of Product Development, I am required to understand and do understand the LiveVox human-initiated calling system known as the Human Call Initiator ("HCI").

3. LiveVox provides hosted calling services, meaning that it provides the hardware and software for its calling systems. LiveVox's customers, including Stellar Recovery Collection Agency, Inc. ("Stellar"), access the software through a secure online portal. LiveVox's customers do not access any LiveVox system by installing any LiveVox software or hardware on the customer's computer.

4. LiveVox offers a comprehensive calling platform to its customers. The platform has several different and distinct outbound dialing systems, including both human-initiated dialing systems and an automated dialing system. The human-initiated dialing systems require an agent to manually

1

initiate a call, and are designed and built by LiveVox so as not to be capable of automated or predictive dialing.

5. HCI is one of LiveVox's human-initiated systems. HCI, like all of LiveVox's human-initiated systems, is a distinct system, separated from LiveVox's other outbound dialing systems at the hardware and software level. HCI uses its own unique combination of software and hardware that is not shared with any other LiveVox system. The software underlying HCI is designed only to enable the type of calls launched in HCI.

6. All HCI calls are routed through a set of servers exclusively dedicated to HCI calls. Those HCI servers cannot launch automated calls.

7. Every call launched using HCI requires human intervention by an agent: an employee or other person working on behalf of the LiveVox customer making the call. The human intervention takes the form, in part, of a "clicker agent" clicking on a dialogue box to confirm the launching of a call to each particular telephone number. The call will not be launched unless the clicker agent clicks on the dialogue box.

8. The clicker agent is also able to monitor a real-time dashboard that contains information about "closer agent" availability, number of calls in progress, and related metrics. The closer agent is the agent designated by the LiveVox customer to speak with the call recipient. In addition to the action required by the clicker agent, in order for a call to be launched in HCI, there must be a closer agent who is available to take the call. Further, HCI is designed to allow a clicker agent to control how often calls are made by reviewing the dashboard and making judgments based on that information when deciding when to launch any particular call.

9. A clicker agent, when logged into HCI, is logged into HCI only and not into any other LiveVox outbound dialing system. To log into any other LiveVox outbound dialing system, the clicker agent would first need to log out of HCI.

10. HCI does not use any predictive or other kind of algorithm to engage in predictive dialing of any kind. For example, HCI does not use a statistical algorithm to minimize the time that agents spend

waiting between calls, nor does it use an algorithm to minimize the occurrence of a consumer answering a call when no closer agent is available.

11. The HCI system does not have the present capacity to auto-dial; it does not have any features that permit autodialing and there are no features in HCI that can be turned on to enable autodialing.

12. The HCI system does not have the potential capacity to auto-dial; there are no features that can be activated, deactivated, or added to the system to enable auto-dialing. There is no external application programming interface ("API") with which to add software to the system; the components of HCI are designed so as not to be able to transfer a list from one component to another; and the server that launches HCI calls only recognizes a request from the HCI agent presentation layer, which itself requires a click for each call.

13. HCI does not have the capacity to store or produce numbers to be called using a random or sequential number generator.

Executed on the 4th of **March, 2016** in San Francisco, California

_____
Laurence H. Siegel