UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EDUARDO POZO,

        Plaintiff,

v.                                                  CASE NO: 8:15-cv-00929-SDM-AEP

STELLAR RECOVERY COLLECTION
AGENCY, INC.,

        Defendant.
_____/

## JOINT STIPULATION TO NONJURY TRIAL

COME NOW, Plaintiff, EDUARDO POZO, and Defendant, STELLAR RECOVERY COLLECTION AGENCY, INC., by and through their undersigned counsel and, pursuant to Federal Rule of Civil Procedure 39(a)(1), hereby file this Joint Stipulation to Nonjury Trial, and state:

1. Plaintiff withdraws his demand for a jury trial and hereby stipulates to a nonjury trial on all remaining issues.

2. Defendant consents to Plaintiff's withdrawal of his jury demand and hereby stipulates to a nonjury trial on all remaining issues.

Dated this **27th** day of **September**, **2016**.

Respectfully submitted,

| | |
|---|---|
| */s/ W. John Gadd* <br> W. John Gadd, Esquire <br> Florida Bar No. 463061 <br> Bank of America Building <br> 2727 Ulmerton Road, Suite 250 <br> Clearwater, FL 33762 <br> Telephone  (727) 524-6300 <br> wjg@mazgadd.com <br> *Attorneys for Plaintiff* | *s/ Ernest H. Kohlmyer, III* <br> Ernest H. Kohlmyer, III, Esquire <br> Florida Bar No. 110108 <br> Urban, Thier & Federer, P.A. <br> 200 S. Orange Avenue, Suite 2000 <br> Orlando, FL 32801 <br> Telephone (407) 245-8352 <br> Facsimile (407) 245-8361 <br> kohlmyer@urbanthier.com <br> *Attorneys for Defendant* |

*/s/ Lisa R. Wilcox*
Lisa R. Wilcox, Esquire
Florida Bar No. 697291
721 First Avenue N.
St. Petersburg, FL 33701
Telephone  (727) 821-1707
lisa@wilcoxlawpa.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on **September 27, 2016** via the CM/ECF system which will provide notice to: W. John Gadd, Esq. at wjg@mazgadd.com; and Lisa Wilcox, Esq. at Lisa@WilcoxLawPA.com *(Attorneys for Plaintiff).*

> */s/ Ernest H. Kohlmyer, III*
> Ernest H. Kohlmyer, III
> Florida Bar No. 0110108
> Kohlmyer@urbanthier.com
> Urban, Thier & Federer, P.A.
> 200 S. Orange Avenue, Suite 2000
> Orlando, FL 32801
> Telephone    407-245-8352
> Facsimile    407-245-8361
> *Attorneys for Defendant*