UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EDUARDO POZO,

        Plaintiff,

v.                                      CASE NO: 8:15-cv-00929-SDM-AEP

STELLAR RECOVERY COLLECTION
AGENCY, INC.,

        Defendant.
_____/

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION TO ORDER GRANTING SUMMARY JUDGMENT AS TO COUNT II**

COMES NOW, Defendant, STELLAR RECOVERY COLLECTION AGENCY, INC., by and through its undersigned counsel hereby files this Unopposed Motion for Extension of Time to File its Response in Opposition to Plaintiff's Motion for Reconsideration of Order Granting Summary Judgment as to Count II in the above-referenced case, and in support thereof, states as follows:

1. On September 21, 2016, Plaintiff, by and through counsel, file its Motion for Reconsideration of this Court's Order granting Summary Judgment in favor of Defendant as to Count II of the operative Complaint [DE 65]

2. The basis of this Motion, in whole or in substantial part, was in apparent reliance upon the deposition testimony of Kevin Stark taken June 15, 2016 in a pending matter in the United States District Court of the Eastern District of Michigan, Southern

Division, Case No. 2:15-cv-11717-SJM-MJM styled *Lakiska T. Smith v. Stellar Recovery, Inc., et al*

3. Mr. Stark's deposition transcript was attached to the Motion for Reconsideration as an Exhibit.

4. However, as cited, in the motion for reconsideration, Plaintiff's counsel references certain sections of the deposition transcript, however, in reviewing the actual transcript served upon the undersigned and on file with the court, these sections are actually "redacted" and not "highlighted" making it unable to read or reference the sections.

5. Further, the parties have been engaged in attempts to resolve the case in its entirety which may relieve the court and the parties from further preparation and consideration of this issue.

6. Finally, from Monday, September 27, 2016 until October 2, 2016, the undersigned has been attending to the unexpected death of this mother and would kindly request the additional time to obtain the "redacted" transcript, coordinate with his client and prepare a full and proper response to this very important issue.

7. The request for this extension is not intend for purposes of delay but in an effort to attempt to resolve this case without unnecessarily wasting court's time and resources.

WHEREFORE, Defendant, STELLAR RECOVERY COLLECTION AGENCY, INC., respectfully requests the Court to enter an Order granting an extension of time for Stellar to file its Response in Opposition to Plaintiff's Motion for Reconsideration of Order Granting Summary Judgment as to Count II.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 3.01(g), the undersigned certifies that he conferred in person with Lisa Wilcox, Esq., counsel for Plaintiff, on October 4, 2016 who does not oppose the Motion and the requested relief.

Dated this **4th day** of October, **2016**.

Respectfully submitted,

*/s/ Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on October 4, 2016, via the CM/ECF system which will provide notice to: W. John Gadd, Esq. at wjg@mazgadd.com; and Lisa Wilcox, Esq. at Lisa@WilcoxLawPA.com *(Attorneys for Plaintiff).*

*/s/ Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III
Florida Bar No. 0110108
Kohlmyer@urbanthier.com
Urban, Thier & Federer, P.A.
200 S. Orange Avenue, Suite 2000
Orlando, FL 32801
Telephone    407-245-8352
Facsimile    407-245-8361
*Attorneys for Defendant*
