UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EDUARDO POZO,

        Plaintiff,

v.                                       CASE NO: 8:15-cv-00929-SDM-AEP

STELLAR RECOVERY COLLECTION
AGENCY, INC.,

        Defendant.
_____/

**NOTICE OF SETTLEMENT**

      NOTICE IS HEREBY GIVEN that all claims between Plaintiff, EDUARDO POZO, and Defendant, STELLAR RECOVERY COLLECTION AGENCY, INC. (collectively referred to as the "Parties"), have been resolved to the satisfaction of the Parties. The Parties are in the process of finalizing the settlement documents and will file a stipulation for final dismissal of this case. The Parties request that this case be removed from the Court's trial docket and that all pending motions be considered moot.

      Dated this 14th day of October, 2016.

                                                Respectfully submitted,

                                                */s/ Ernest H. Kohlmyer, III*
                                                Ernest H. Kohlmyer, III

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on October 14, 2016, via the CM/ECF system which will provide notice to: W. John Gadd, Esq. at wjg@mazgadd.com; and Lisa Wilcox, Esq. at Lisa@WilcoxLawPA.com *(Attorneys for Plaintiff).*

        */s/ Ernest H. Kohlmyer, III*
        Ernest H. Kohlmyer, III
        Florida Bar No. 0110108
        Kohlmyer@urbanthier.com
        Urban, Thier & Federer, P.A.
        200 S. Orange Avenue, Suite 2000
        Orlando, FL 32801
        Telephone    407-245-8352
        Facsimile     407-245-8361
        *Attorneys for Defendant*